# EXHIBIT A

Andrew La Fiura, Esq. (Bar ID #050131988)
Malcolm J. Ingram, Esq. (Bar ID #207282017)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
267-319-7802
ATTORNEYS FOR DEFENDANTS

| | |
|---|---|
| NICK SIMPKINS, | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION: CUMBERLAND |
| Plaintiff, | : COUNTY |
| | : Civil Action No.: CUM-L-000026-19 |
| v. | : |
| | : |
| LUXOTTICA RETAIL, ERIK RIENECKER, | : |
| LOUIS CHESTMAN, JOHN DOES 1-10, | : **NOTICE OF FILING NOTICE FOR** |
| | : **REMOVAL** |
| Defendants. | : |
| | : |
| | : |

TO:   Clerk                         David R. Castellani, Esq.
Superior Court of New Jersey    450 Tilton Road, Suite 245
District of New Jersey            109 S. Warren Street
60 W. Broad Street               Northfield, New Jersey 08225
Bridgeton, NJ 08302            (609) 641-2288

**PLEASE TAKE NOTICE** that on February 12, 2019, Defendants Luxottica of America Inc. (erroneously named Luxottica Retail), Erik Rienecker, and Louis Chestman ("Defendants") electronically filed a Notice for Removal of this action to the United States District Court for the District of New Jersey with that court.

**PLEASE TAKE FURTHER NOTICE** that in accordance with 28 U.S.C. § 1446, Defendants are submitting a true and correct copy of that Notice for Removal, which is attached hereto as Exhibit A, for filing with the Superior Court of New Jersey, Law Division, Cumberland County.

Respectfully submitted,

**JACKSON LEWIS P.C.**

_____
Andrew La Fiura, Esq. (Bar ID #050131988)
Malcolm J. Ingram, Esq. (Bar ID #207282017)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
267-319-7802
ATTORNEYS FOR DEFENDANTS

Dated: February 12, 2019